# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JEFFREY E. STARK,

    Petitioner,

v.                                       Case No. 1:19-cv-193-AW-GRJ

MARK W. MOSELEY, et al.,

    Respondents.

_____/

## ORDER OF DISMISSAL

The Court has considered the Magistrate Judge's October 24, 2019 Report and Recommendation. ECF No. 7. The Court has also considered de novo the issues presented in Petitioner's objection. ECF No. 9. The Court has determined that the report and recommendation should be accepted, and it is adopted as the order of the Court. The clerk shall enter a judgment stating, "This case is dismissed for lack of jurisdiction." The clerk shall close the file.

SO ORDERED on November 12, 2019.

                                         s/ *Allen Winsor*
                                         United States District Judge